LATHAM & WATKINS LLP
Scott D. Joiner (Bar No. 223313)
  scott.joiner@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Tel: +1.415.391.0600 / Fax: +1.415.395.8095

LATHAM & WATKINS LLP
Alexander C.K. Wyman (Bar No. 295339)
  alex.wyman@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Tel: +1.213.485.1234 / Fax: +1.213.891.8763

*Attorneys for Defendants*
DOE 1 and DOE 2

SLATER SLATER SCHULMAN LLP
Michael W. Carney (SBN 24154)
 mcarney@sssfirm.com
Lauren A. Welling (SBN (291813)
 lwelling@sssfirm.com
Sarah Kissel Meier (SBN 305315)
 skmeier@sssfirm.com
8383 Wilshire Boulevard, Suite 255
Beverly Hills, California 90211
Tel: +1.310.341.2086 / Fax: +.310.773.5573

*Attorneys for Plaintiff*
Jane Roe JT 34

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISON

| | |
|---|---|
| JANE ROE JT 34, | Case No.: 4:24-cv-07632-HSG |
| Plaintiff, | **ORDER (as modified)** |
| v. | |
| DOE 1, a corporation; DOE 2, a corporation; DOE 3, a corporation sole; and DOES 4 to 100, | |
| Defendants. | |

# ORDER

Pursuant to the stipulation of the parties, all proceedings are hereby STAYED until July 28, 2025.  The Court DIRECTS the parties to file a joint status report of no more than five pages by July 21, 2025, updating the Court on settlement progress.  The Court also SETS a case management conference on August 4, 2025, at 2:00 p.m.  The hearing will be held by Public Zoom Webinar.  All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg.  All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities.  The Court will vacate this conference if the parties reach a finalized settlement and stipulate to dismissal.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  5/1/2025

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge